150

PER CURIAM.

(No. 6944

ROBERT A. WILLIAMSON Co., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed November 28, 1972.*

ROBERT A. WILLIAMSON Co., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6947

DANIEL N. MICHEL, SHERIFF OF FAYETTE COUNTY, ILLINOIS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed November 28, 1972.*

DANIEL N. MICHEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.